IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TERRENCE THOMAS,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 5:05-cv-440 (CAR) |
| | : |
| **TRANE, A BUSINESS OF** | : |
| **AMERICAN STANDARD, INC.,** | : |
| | : |
| **Defendant.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed September 27, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of defendant. Defendant is entitled to recover its costs of this action.

This 27th day of September, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**